ORDERED.

Dated:  March 22, 2023

_____
Roberta A. Colton
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

Jeffrey Scott Shioleno
and Holly Lee Watt Shioleno,

          Case No. 8:23-bk-00117-RCT
          Chapter 13

    Debtor.*
_____/

### ORDER ON MOTION TO EXTEND THE AUTOMATIC STAY

THIS CASE came before the court on March 22, 2023 for a continued hearing on the Motion to Extend the Automatic Stay as to All Creditors (Doc. 6) filed by the Debtor. For the reasons stated on the record, the motion is:

_____  Granted as to all creditors.

_____  Granted as to all creditors except _____.

✓  Conditionally Granted until  June 7 , 2023, at  9:35  and without a finding of good faith.

_____  Denied.

The Court in its discretion may file written findings of facts and conclusions of law at a later date.

Attorney for the Debtor is directed to serve a copy of this Order on interested parties and file a proof of service within 3 days of its entry.

---

\* References to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.